Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: kdove@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAELA CHRISTIAN,<br><br>            Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | Case No.  2:21-cv-01419-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Michaela Christian ("Plaintiff") and Wells Fargo Bank, N.A. ("Wells Fargo" and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend Wells Fargo's deadline to respond to Plaintiff's Complaint [ECF No. 1] to September 27, 2021, for the following reasons:

1.     Plaintiff served the Complaint and Summons on Wells Fargo on or about August 5, 2021, making Wells Fargo's Answer currently due August 26, 2021.

2.     Undersigned counsel was just retained on August 27, 2021, and along with Wells Fargo, requires additional time to investigate the allegations set forth in the Complaint and to prepare the appropriate response.  Wells Fargo therefore requests an additional thirty (30) days to respond to Plaintiff's Complaint.

3.     On August 28, 2021, counsel for Plaintiff agreed to the extension requested herein.

4.     This extension request is sought in good faith and is not made for the purpose of delay.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

Therefore, the Parties respectfully request an extension for Wells Fargo to respond to Plaintiff's Complaint to and including September 27, 2021.

Dated  September 8, 2021

FREEDOM LAW FIRM

Dated  September 8, 2021

SNELL & WILMER L.L.P.


By: */s/ George Haines*
    George Haines
    Nevada Bar No. 9411
    8985 S. Eastern Avenue, Suite 350
    Las Vegas, Nevada 89123

*Attorney for Plaintiff Michaela Christian*

By: */s/ Kelly H. Dove*
    Kelly H. Dove
    Nevada Bar No. 10569
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada  89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  September 8, 2021

4850-4729-5993

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200