Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAELA CHRISTIAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01419-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

　　　　Plaintiff Michaela Christian ("Plaintiff") and Wells Fargo Bank, N.A. ("Wells Fargo" and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend Wells Fargo's deadline to respond to Plaintiff's Complaint [ECF No. 1] to October 27, 2021, for the following reasons:

　　　　1.　　Plaintiff served the Complaint and Summons on Wells Fargo on or about August 5, 2021, making Wells Fargo's Answer due August 26, 2021 under Federal Rule of Civil Procedure 12(a)(1)(A)(i).

　　　　3.　　The Parties previously stipulated, and this Court approved, an extension of time for Wells Fargo to respond until September 27, 2021, given Wells Fargo's counsel's recent retention and the need for adequate time to assess the allegations in the Complaint.

　　　　4.　　Wells Fargo has subsequently investigated the allegations in the Complaint and the Parties are communicating regarding potential paths to resolution without further litigation but need additional time to evaluate the available evidence.

5.   As such, the Parties agree and stipulate to an additional 30-day extension of time for Wells Fargo to respond to the Complaint.

6.   This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Wells Fargo to respond to Plaintiff's Complaint to and including October 27, 2021.

Dated: September 27, 2021

FREEDOM LAW FIRM

By: */s/ Brian D. Flick*
George Haines
Nevada Bar No. 9411
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123

Brian D. Flick (*pro hac vice*)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107

*Attorney for Plaintiff Michaela Christian*

Dated: September 27, 2021

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove
Nevada Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2021

4814-4185-7532