George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 385-551
ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Michaela Christian*

Brian D. Flick, Esq.
Ohio Bar No. 81605 (admitted pro hac)
DANN LAW FIRM
2728 Euclid Avenue, STE 300
Cleveland, OH 44115
Telephone: (216) 373-0539
bflick@dannlaw.com
*Attorneys for Plaintiff Michaela Christian*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAELA CHRISTIAN,<br><br>         Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>         Defendant. | CASE NO. 2:21-cv-01419-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Michaela Christian and Defendant Wells Fargo Bank, N.A. (collectively referred to as the "Parties") hereby submit the following Stipulation:

On July 30, 2021, Plaintiff filed her Complaint [ECF No. 1].  On October 27, 2021, Defendant filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 14].  The deadline for Plaintiff to respond to the Motion to Dismiss is November 10, 2021.  LR 7-2(b).  The deadline for Defendant to reply to in support of the Motion to Dismiss is seven days after service of Plaintiff's response.  *Id.*   The Parties desire additional time to speak with each other regarding their respective position and to complete their forthcoming briefs given the number of issues set forth in the Motion to Dismiss.

1  WHEREAS, the Parties hereby stipulate and agree to extend the deadline to November 24, 2021 for Plaintiff to either respond to the Motion to Dismiss or file an amended complaint. The Parties further stipulate and agree to extend the deadline for Defendant to reply in support of the Motion to Dismiss to <u>December 8, 2021</u>.

This is the first stipulation for extension of time to respond to and to reply in support of the Motion to Dismiss Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

Dated this 5th day of November, 2021.

**SNELL & WILMER L.L.P.**

By: <u>/s/Kelly H. Dove</u>
Kelly H. Dove
Nevada Bar No. 10569
Holly E. Cheong
Nevada Bar No. 11936
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

Dated this 5th day of November, 2021.

**FREEDOM LAW FIRM**

<u>/s/George Haines</u>
George Haines, Esq.
Nevada Bar No. 9411
8985 South Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

<u>UNITED STATES DISTRICT JUDGE</u>

DATE  November 8, 2021