Brian D. Flick (#0081605)
*Admitted Pro Hac Vice*
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
Office: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com
*Counsel for Plaintiff Michaela Christian*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **MICHAELA CHRISTIAN** | Civil Action No.: 2:21-cv-01419-EJY |
| Plaintiff, | |
| v. | |
| **WELLS FARGO BANK, N.A.** | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S COMPLAINT**

Plaintiff Michaela Christian and Defendant Wells Fargo Bank, N.A. (collectively referred to as the Parties) through their respective counsel and pursuant to Fed. R. Civ. P. 41, stipulate and agree that any and all claims asserted by, or that could have been asserted by, Christian against

Wells Fargo are hereby dismissed, without prejudice. Each party shall bear its own court costs and attorney's fees.

| | |
|---|---|
| Dated this 15th day of November, 2021 | Dated this 15th day of November, 2021 |
| /s/ Brian D. Flick | /s/ Kelly H. Dove |
| Brian D. Flick (0081605) | Kelly H. Dove |
| *Admitted Pro Hac Vice* | Nevada Bar No. 10569 |
| DannLaw | Holly E. Cheong |
| 15000 Madison Avenue | Nevada Bar No. 11936 |
| Lakewood, OH 44107 | Snell & Wilmer LLP |
| Telephone: (513) 645-3488 | 3883 Howard Hughes Parkway, Suite 1100 |
| Facsimile:  (216) 373-0536 | Las Vegas, NV 89169 |
| Email: bflick@dannlaw.com | |
| | *Counsel for Defendant Wells Fargo Bank, N.A.* |

George Haines, Esq.
Nevada Bar No. 9411
Freedom Law Firm
8985 South Eastern Avenue, Suite 350
Las Vegas, NV 89123
*Counsel for Plaintiff Michaela Christian*

IT IS SO ORDERED:

Dated: November 16, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE